| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Nhan Ho | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Matthew R. Hughes | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Thomas Durham

Case No. 2:25-mj-30491

**AMENDED CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2024 to July 28, 2025__ in the county of __Macomb and Elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew R. Hughes, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 6, 2025

*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request arrest warrants.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Thomas DURHAM (XX/XX/1953) for violations

of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Scott has violated the above offenses.

## PROBABLE CAUSE

5. In May 2025, a known minor victim (MV-1) made disclosure to law enforcement about DURHAM, who was the leader of her church choir, of which MV-1 was a member. According to MV-1, after she turned 17, DURHAM started commenting about her appearance and touching her in a sexual manner, such as putting his hand on her thigh. DURHAM offered to purchase her food and allowed her to use his credit card as payment on a food delivery application. When her relatives were away, DURHAM went to MV-1's house, often with alcohol that he

encouraged her to drink. On at least one occasion, DURHAM groped MV-1's breasts and groin area.

6. On various occasions, DURHAM requested nude images from MV-1, and she sent them to him.

7. In or around July 2024, DURHAM invited MV-1 to his hotel room and asked to have sex with her. MV-1 acquiesced, thinking that DURHAM would leave her alone afterward.

8. However, DURHAM then began asking MV-1 to meet another church member, Adult 1, who is 16 years older than MV-1 and who had expressed his interest in MV-1 to DURHAM.

9. On two occasions, MV-1 was approached by DURHAM and Adult 1 and told to have sex with Adult 1, or DURHAM would spread rumors that MV-1 was flirting with him and ruin her reputation with the church, her friends, and her relationship with her family. As a result, MV-1 had sex with Adult 1 while DURHAM watched.

10. According to MV-1, Adult 1 sent emails to DURHAM to pass on to MV-1. In this way, DURHAM was able to control the communication between Adult 1 and MV-1. MV-1 provided law enforcement with screen captures of emails between her and an email address which has "Thomas Durham" as the display name, including an email dated February 27, 2025 from DURHAM to MV-1, which stated

the following: "I was supposed to send this to you at 11pm but I fell asleep. From [Adult 1], Sunday was awesome. I missed your pussy. You were so wet. You are very special to me. You are so kind and sweet and funny. I could tell by your expression that you enjoyed both times I fingered you. Am I right?"

11. On July 28, 2025, the FBI executed a federal search warrant at DURHAM's home in Washington Township, Michigan. On a laptop seized during the search, which has the sign in name "Tom Durham" and which a resident of the home indicated only DURHAM used, law enforcement located two images in the "Download" folder. One image depicted a female vagina, and the other depicted a fully nude body of a female laying on a bed. Both images contained metadata that included GPS coordinates for where the image was created, which matched the coordinates of MV-1's residence. The date and time of download of both images were March 12, 2024, when MV-1 was a minor. The images met the federal definition of child pornography.

12. In an interview with law enforcement, Adult 1 admitted to having sex with MV-1 when she was 17, the images of which were captured by DURHAM, who sent them to Adult 1's phone.

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe Thomas DURHAM has committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt a of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

_Elizabeth A. Stafford_
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: August 6, 2025